PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

**FILED**
Mar 19, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAULO ALFONSO PEREZ-MENDOZA, <br><br> Defendant. | CASE NO: 2:24-MJ-0033-DB <br><br> [PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached redacted complaint in the above-captioned matter be, and is, unsealed.

Dated: March 19, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL REDACTED CRIMINAL COMPLAINT