UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 19, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULO ALFONSO PEREZ-MENDOZA,<br><br>Defendant. | Case No. 2:24-mj-00033-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>PAULO ALFONSO PERZ-MENDOZA</u> Case No. <u>2:24-mj-00033-DB</u> Charges <u>18 USC § 371</u> from custody for the following reasons:

    <u>x</u>    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    <u>x</u>    (Other): <u>Released forthwith where defendant must report directly to the Pretrial Services office on 3/20/2024 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u>

Issued at Sacramento, California on March 19, 2024 at 2:15 PM

Dated: March 19, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE