HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
PAULO ALFONSO PEREZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-MJ-00033-DB-1 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| PAULO ALFONSO PEREZ-MENDOZA, | |
| Defendant. | Judge:  Hon. Carolyn K. Delaney |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for the United States, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Defendant Paulo Alfonso Perez-Mendoza, that Mr. Perez-Mendoza's conditions of release be modified to include Special Condition No. 10 regarding psychiatric treatment. The parties have agreed to the following language:

> 10. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

//

All other previously imposed terms and conditions will remain in full force and effect.

Dated: March 26, 2024                              Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Public Defender

                                                   */s/ Meghan D. McLoughlin*
                                                   MEGHAN D. McLOUGHLIN
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   PAULO ALFONSO PEREZ-MENDOZA

Dated: March 26, 2024                              PHILLIP A. TALBERT
                                                   UNITED STATES ATTORNEY

                                                   */s/ Karen Escobar*
                                                   KAREN ESCOBAR
                                                   Assistant United States Attorney

## FINDINGS AND ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies the Order Setting Special Conditions of Release, ECF No. 10, to add Condition No. 10, as detailed by the parties. All other previously imposed terms and conditions will remain in full force and effect.

**IT IS SO FOUND AND ORDERED**

Dated:  March 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE